**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| R. E. B., individually and on behalf of his minor child, J.B.,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>STATE OF HAWAII DEPARTMENT OF EDUCATION; KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br>*Defendants-Appellees.* | No. 14-15895<br><br>D.C. No.<br>1:13-cv-00016-DKW-BMK<br><br><br>ORDER |

Filed April 3, 2018

Before: Michael Daly Hawkins, Carlos T. Bea,
and Jacqueline H. Nguyen,<sup>*</sup> Circuit Judges.

---

\* Judge Kozinski, originally a member of the panel, retired before action could be taken on these petitions. Judge Nguyen was drawn in his place.

**ORDER**

The panel, as reconstituted, has voted to grant Defendants-Appellees' Petition for Panel Rehearing. Judges Bea and Nguyen have voted to deny the Petition for Rehearing En Banc, and Judge Hawkins so recommended.

The Petition for Panel Rehearing is **GRANTED**. The Opinion and dissent filed on September 13, 2017, are withdrawn, and this case is resubmitted pending further order of this court.

The Petition for Rehearing En Banc is **DENIED** as moot.